UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dana Rongitsch,                                         Civil No. 10-3181 (DWF/JSM)

      Plaintiff,

v.                                                      **ORDER FOR DISMISSAL WITH PREJUDICE**

Diversified Adjustment Service, Inc.,

      Defendant.

---

Mark L. Vavreck, Esq., Martineau, Gonko & Vavreck, PLLC, counsel for Plaintiff.

Michael A. Klutho, Esq., Bassford Remele, PA, counsel for Defendant.

---

      Pursuant to the parties' Stipulation of Dismissal (Doc. No. [2]),

      **IT IS HEREBY ORDERED** that judgment shall be entered **DISMISSING** the Complaint on its merits **WITH PREJUDICE** and without costs, disbursements or attorney fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 1, 2010        s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge